UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JEANNETTE BRUNO**
    **Plaintiff,**

v.                                                                                                                                                 Civil Action No. 5:22-CV-985

**MARTIN RODRIGUEZ**
    **Defendant.**

### PLAINTIFF'S ORIGINAL COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

NOW COMES JEANNETTE BRUNO (hereinafter referred to as "Ms. Bruno", "Bruno", or "Plaintiff") and files this Original Complaint of and against MARTIN RODRIGUEZ (hereinafter referred to as "Officer Rodriguez", "Rodriguez", or "Defendant") individually, and for cause of action would show the Court as follows:

### A. Parties

1. Plaintiff, JEANNETTE BRUNO, is an individual who resides in San Antonio, Bexar County, Texas and all times relevant to the allegations of this complaint was a citizen of the United States.

2. Defendant, MARTIN RODRIGUEZ, is a United States and Texas citizen and Licensed Peace Officer with the City of Buda Department. MARTIN RODRIGUEZ may be served with process at his place of employment, 405 Loop Street, Buda, Texas 78610. At all relevant times to this action, defendant, MARTIN RODRIGUEZ, was a police officer employed by the City of Buda Police Department to perform duties in the City of Buda, Texas, and he acted.

3. At all relevant times and through his actions, Defendant Rodriguez acted under the color of law.

### B. Jurisdiction and Venue

4. This action is brought pursuant to 42 U.S.C. §§ 1983, 1988 and the Fourth, Fifth, and Fourteenth Amendments to the Constitution of the United States.

5. Jurisdiction is conferred upon this Court by 28 U.S.C. § 1343(a)(3), (4) related to actions that arise under 42 U.S.C. § 1983 and by 28 U.S.C. § 1331 (federal question).

6. Venue is proper in the United States District Court for the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. § 1391. Plaintiff's claims arose in whole or in part in the Western District of Texas.

### C. Background Facts

7. On January 2, 2022, at approximately 5:15pm, Plaintiff was at her home in Buda, Hays County, Texas located at 260 Crooked Creek.

8. At around the same time, Plaintiff's sister, Theresa M. Kirk, called 911 and asked the dispatcher to conduct a welfare concern on Plaintiff at her residence.

9. Defendant Officer Martin Rodriguez, in response to the request for welfare concern, arrived at Plaintiff's home at approximately 5:25pm on January 2, 2022.

10. Defendant Rodriguez knocked on the door and announced his presence.

11. Plaintiff answered the door in response to Defendant's knock.

12. Defendant introduced himself to Plaintiff and asked Plaintiff "if she was Jeannette"; Plaintiff confirmed she was, in fact, Jeannette and asked Defendant what he wanted.

13. Defendant notified Plaintiff of the welfare concern, and Plaintiff replied that she was tired and wanted to sleep.

14. Defendant asked to enter Plaintiff's home, to which Plaintiff responded "no".

15. Defendant then illegally forced his way into Plaintiff's home, illegally detained and assaulted Plaintiff, and placed her in handcuffs.

16. In the process of the illegal search, seizure, arrest, and detention, Defendant severely injured Plaintiff's left shoulder, neck, and back when he wrenched Plaintiff's arm behind her back to handcuff her, and threw her to the ground.

17. At the time of the illegal search, seizure, arrest, and detention, Plaintiff was not engaged in nor suspected of criminal activity.

18. Defendant then unlawfully placed Plaintiff under an "emergency detention order" as that term is defined by Chapter 573 of subtitle C of the Texas mental Health Code.

### D.  Count 1 - Violation of 42 U.S.C. §1983

19. Plaintiff brings claims pursuant to 42 U.S.C. §1983.  Plaintiff has a valid claim under this statute because Plaintiff has cognizable liberty interests to due process of law and to be free from the use of excessive force by a police officer pursuant the Fourth, Fifth, and Fourteenth Amendments of the United States Constitution.  In support of Count 1, Plaintiff incorporates the allegations contained in Paragraphs 8-17, *Supra*.  At all times, MARTIN RODRIGUEZ acted under color of his office and employment as an officer for the San Antonio Police Department.

20. Plaintiff has cognizable liberty interests to be free from excessive force by police officers pursuant the Fourth and Fourteenth Amendments of the United States Constitution.  Plaintiff was deprived of her liberty interest when she was physically assaulted by MARTIN RODRIGUEZ.

21. MARTIN RODRIGUEZ's excessive force, false arrest and subsequent imprisonment of Plaintiff took place under color of law. At all times, MARTIN RODRIGUEZ was acting within the course and scope of his employment with the City of Buda Police Department.

22. MARTIN RODRIGUEZ was aware that his conduct was unlawful and violated Plaintiff's civil rights by falsely arresting her without probable cause when he placed Plaintiff under an "emergency detention order" as that term is defined by Chapter 573 of subtitle C of the Texas mental Health Code.

23. MARTIN RODRIGUEZ's use of force was unreasonable under the circumstances and thus excessive.

24. Plaintiff has suffered a violation of her civil rights as protected by the Fourth, Fifth, and Fourteenth Amendment to the United States Constitution in violation of 42 U.S.C. §1983.

### E. Attorney's Fees

25. As a result of Defendant's conduct and his deliberate indifference to Plaintiff's rights, Plaintiff was forced to retain counsel. Plaintiff seeks reasonable and necessary attorney's fees, costs and expenses as allowed by law

### PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff JEANNETTE BRUNO prays that Defendant be cited to appear and answer herein and that upon a final trial, Plaintiff be awarded as follows:

a. Judgment against Defendant for violations of Plaintiff's civil rights, under 42 U.S.C. §1983;

b. Judgment against Defendant for the following damages:

  1) Damages for reasonable and necessary medical expenses incurred in the past and future;

  2) Damages for pain and suffering in the past and future;

  3) Damages for mental anguish in the past and future;

  4) Exemplary damages against Defendant MARTIN RODRIGUEZ;

  5) Reasonable attorney's fees and costs of court;

6) Pre-judgment and post-judgment interest as allowed by law; and

7) Such other and further relief at law or in equity, special, or general, to which Plaintiff may show herself to be justly entitled.

        Respectfully submitted,
        LAW OFFICE OF ROBERT F. WHITE, P.C.
        10107 McAllister Freeway
        San Antonio, Texas 78216
        Telephone: (210) 771-5766
        Facsimile: (210) 428-6410

By:   */S/Robert F. White*
      ROBERT F. WHITE
      State Bar No. 24067934
      robert@rfwpc.com
      Attorney for Plaintiff
      *JEANNETTE BRUNO*

**<u>PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY AND TENDERS THE APPROPRIATE FEE</u>**